# Third District Court of Appeal

## State of Florida

Opinion filed June 19, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0079
Lower Tribunal No. 21-13852
_____

**Robert R. Mendez,**
Appellant,

vs.

**CASA Financial Holdings, LLC, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Robert R. Mendez, in proper person.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez, IV, for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Bank of N.Y. Mellon v. Condo. Ass'n of La Mer Ests., Inc., 175 So. 3d 282, 285 (Fla. 2015) ("[W]here a court is legally organized and has jurisdiction of the subject matter and the adverse parties are given the opportunity to be heard, then errors, irregularities or wrongdoing in proceedings, short of illegal deprivation of opportunity to be heard, will not render the judgment void.") (quotation omitted); see also Fla. R. Civ. P. 1.540(b)(5) (noting that a "motion shall be filed within a reasonable time, and for reasons (1), (2), and (3) not more than 1 year after the judgment, decree, order, or proceeding was entered or taken.").